UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAMOM COOK, JONATHAN KENO,** <br> AND ALL OTHERS SIMILARLY SITUATED | **CIVIL ACTION NO: 2:24-CV-02517** |
| **VERSUS** | **DISTRICT JUDGE** <br> **HON. GREG GERARD GUIDRY** |
| **MAKO CATERING LLC and** <br> **MAKO UNLIMITED LLC** | **MAGISTRATE JUDGE** <br> **HON. MICHAEL B NORTH** |

**FAIR LABOR STANDARDS ACT CONSENT FORM**

Print Name: ____Joseph Radosti____

1. I hereby consent to make a claim against Mako Catering, LLC to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I designate the law firm and attorneys Bohman Morse LLC and JJC Law LLC as my attorneys to prosecute and make decisions concerning my wage claims, the manner and method of conducting this litigation, the entering of an agreement regarding attorney's

3. fees and costs, and all other maters pertaining to this lawsuit

4. I authorize the law firm and attorneys at Bohman Morse, LLC and JJC Law LLC to use this consent to file my claim in a separate lawsuit or a collective action against Mako Catering, LLC

5. I understand that by filing this consent form, I will be bound by the judgment of the Court on all issues in this case.

_/s/ Joseph Radosti_  
97E09EAA3E804CD...  
Signature

7/9/2025  
Date Signed