# CONSENT TO JOIN UNPAID OVERTIME LAWSUIT AGAINST
# MAKO CATERING LLC and/or MAKO UNLIMITED LLC

MAK0000051C92

Claim Number:  1000224

JOSEPH RUBIN
1607 W LANDRY ST
OPELOUSAS, LA  70570-2626

**Print Name:** _Joseph  Rubin_

1. I hereby consent to participate in the collective action lawsuit *Cook et al. v. Mako Catering, LLC et al.*, Case No. 2:24-cv-02517 in the Eastern District of Louisiana to pursue my claims of unpaid overtime under the Fair Labor Standards Act (FLSA) during the time that I worked with Mako Catering and/or Mako Unlimited.

2. I understand that this lawsuit is brought under the FLSA, and I consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at BOHMAN MORSE, LLC and JJC LAW, LLC as my attorneys to prosecute my wage claims.

4. I consent to having plaintiffs Damom Cook and Jonathan Keno and Plaintiff's Counsel, make all decisions regarding the litigation, including the method and manner of conducting this litigation, the terms of any settlement of this litigation, releasing of claims, entering into an agreement with Plaintiff's Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

5. If needed, I authorize the Plaintiff's Counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against the Defendant.

_____
**Signature**

_7 - 1 - 26_
**Date Signed**

**Please print or type the following information, which will be kept confidential:**

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**
**Unpaid Overtime Lawsuit Against Mako**
**c/o Analytics Consulting LLC**
**PO Box 2006**
**Chanhassen, MN 55317-2006**
**Telephone: (855) 936-5740, Fax: (952) 404-5750**
**Email: MakoClaim@NoticeAdministrator.com**