UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAMON COOK, et al. | CIVIL ACTION |
| VERSUS | NO: 24-02517 |
| MAKO CATERING, LLC, et al. | SECTION: T (5) |

**ORDER AND REASONS**

Before the Court are two Motions to Allow Late Filing of FLSA Consent to Join Forms filed on behalf of Randy Vallian, Donald Arvie, Steven Fortenberry, Deshawn Tremond James, and Leonard Banks. R. Docs. 152 and 153. The Motions were submitted to the Court on August 26, 2026, and September 9, 2026, respectively. Defendants have not filed an opposition to either motion; accordingly, the Motions will be deemed to be unopposed.

The Fair Labor Standards Act ("FLSA") provides for an opt-in procedure in a collective action, but it does not specify when a person must opt-in or submit a written notice of consent to join a case. *See* 29 U.S.C. §§ 216(b), 255, 256. The court instead sets the opt-in deadline. *See id.* Because the statute should be read broadly and generously in favor of those it protects, courts have discretion in matters pertaining to opt-in deadlines. *See, e.g., Ferguson v. Texas Farm Bureau Underwriters*, Civ.A. 6-17-CV-00111-ADA, 2019 WL 6609636, at *2 (W.D. Tex. Dec. 5, 2019); *Coronado v. D.N.W. Houston, Inc.*, CIV.A. H-13-2179, 2014 WL 6674292, at *2 (S.D. Tex. Nov. 24, 2014) (observing the remedial purpose of the FLSA).

Courts usually balance several factors in determining whether an untimely consent to join a collective action is allowed to stand: (1) whether "good cause" exists for the late submissions; (2) prejudice to the defendant; (3) how long after the deadline passed the consent forms were filed; (4) judicial economy; and (5) the remedial purposes of the FLSA. *Coronado*, 2014 WL 6674292, at *2; *see also Ruggles v. Wellpoint, Inc.*, 687 F. Supp. 2d 30, 37 (N.D.N.Y. 2009).

Here, the opt-in deadline was set for July 27, 2026, and the consent forms were signed within a short period of time thereafter. Having reviewed the Motions and supporting documents, the factors articulated in *Ruggles*, and the lack of formal opposition from Defendants, the Court will grant the Motions.

Accordingly,

**IT IS ORDERED** that the Motions for Leave to File FLSA Consent to Join Forms (R. Docs. 152 and 153) are GRANTED.

New Orleans, Louisiana, this 17th day of November 2026.

Greg Gerard Guidry

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE